■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE MILLER, Appellant. [771 NYS2d 710]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered March 20, 2002, convicting him of murder in the first degree and murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly limited defense counsel's cross-examination of one of the People's witnesses (*see People v Messa,* 299 AD2d 495 [2002], *lv denied* 100 NY2d 597 [2003]).

The defendant's contention that the trial court committed reversible error when it annotated the verdict sheet is partially unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, the contention is without merit (*see* CPL 310.20 [2]; *People v Anderson,* 306 AD2d 536 [2003]; *People v Pimentel,* 282 AD2d 280, 281 [2001]).

The defendant's remaining contentions are without merit. Ritter, J.P., Smith, H. Miller and Mastro, JJ., concur.